

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ISAAC LEVI HARDEN, | § | |
| Appellant, | § | No. 08-13-00134-CR |
| | § | Appeal from the |
| v. | § | |
| | § | 90th District Court |
| THE STATE OF TEXAS, | § | of Young County, Texas |
| Appellee. | § | |
| | § | (TC #09959) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF JANUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge), sitting by assignment